# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155784(72)

MATTHEW DYE, by his Guardian,
SIPORIN & ASSOCIATES, INC.,
      Plaintiff-Appellee/
      Cross-Appellant,

v

ESURANCE PROPERTY & CASUALTY
INSURANCE COMPANY,
      Defendant/Cross-Plaintiff/
      Appellant/Cross-Appellee,
and

GEICO INDEMNITY COMPANY,
      Defendant/Cross-Defendant/
      Appellee/Cross-Appellant,
and

PRIORITY HEALTH and BLUE CROSS
BLUE SHIELD OF MICHIGAN,
      Defendants-Appellees.
_____/

SC: 155784
COA: 330308
Washtenaw CC: 14-000516-NF

On order of the Chief Justice, the motion of the Michigan Automobile Insurance Placement Facility to file a brief amicus curiae is GRANTED. An amicus brief will be accepted for filing if submitted on or before September 14, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 31, 2018



Clerk